```
\UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TELEBRANDS CORP.,                                                 :
                                                                  :
                              Plaintiff,                          :      25-CV-3646 (JAV)
                                                                  :
              -v-                                                 :      ORDER
GUANGZHOU ALPACA HOME FURNISHING CO.,                             :
LTD. d/b/a XIRSSVY US; GUANGZHOU                                  :
KEDUOQING TECHNOLOGY CO., LTD. d/b/a                              :
GOTOCHEER US; JIEYANG BAOPENG TRADING                             :
CO., LTD. d/b/a BAOPENG-US; and ZHIJIANG                          :
CONGJUAN TRADING CO., LTD. d/b/a MAIBUL US,                       :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On May 7, 2025, this Court entered a temporary restraining order (the "Order" or "TRO") in the above-captioned case, which restrains Third Party Service Providers (as defined in the Order) from, *inter alia*, "instructing, aiding, or abetting Defendant and/or any other person or business entity in engaging in" activities that include: "(1) "manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, making, using, offering for sale, selling and/or otherwise dealing in Infringing Products, or any other products that utilize the technology of one or more claims in the Pocket Hose Patent;" (2) "making, using, selling, importing and/or offering to sell products that infringe the Pocket Hose Patent;" [or] (3) "secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Infringing Products." TRO at 5-6.

Defendant Guangzhou Alpaca Home Furnishing Co., d/b/a Xirssvy us ("Xirssvy") has submitted a letter to the Court in which it avers that Third Party Service Provider Amazon.com suspended Defendant's entire storefront on May 20, 2025, which led to a complete halt of

Defendant's operations and sales. ECF No. 14. The suspension has halted the sale of certain products in Defendant's storefront that are unrelated to the products that allegedly infringe on Plaintiff's asserted patent. *Id.* Xirssvy requests that the Court issue a supplemental order to clarify that the TRO does not call for a complete shutdown of Defendant's entire store on Amazon.com. *See* ECF No. 14.

The Court hereby clarifies, for the avoidance of doubt, that the TRO does not prohibit the continued advertising, marketing, promoting, distributing, offering for sale or sale by Defendant Xirssvy of any products other than the Infringing Products. Moreover, the TRO does not require Third Party Service Providers, including Amazon.com, to suspend or otherwise shut down the entire online storefront of the named Defendants.

Plaintiff's counsel shall serve this Order on Amazon.com by June 3, 2025, and file proof of service on the docket with 24 hours of service.

SO ORDERED.

Dated: June 2, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge