# EXHIBIT B

amazon Delivering to New York 10016 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Amazon Haul | Medical Care | Best Sellers | Amazon Basics | Music | New Releases | Today's Deals | Registry | Prime | Groceries | Smart Home | Gift Cards | Customer Service | Pharmacy | Books | Amazon Home | Fashion | Luxury Stores | Beauty & Personal Care | Gift Shop | Home Improvement | Sports & Outdoors | Automotive | Computers | Video Games | Pet Supplies

Sign in

New customer? Start here.

Shop now

Sponsored

Patio, Lawn & Garden › Gardening & Lawn Care › Watering Equipment › Garden Hoses

Roll over image to zoom in

# Expandable Garden Hose - 100 ft Expanding Water Hoses, No Kink Lightweight Flexible Hose with 3/4" Solid Fittings and 3-Layer Latex Core - 25ft Retractable Stretch Car Washing Pipe

Brand: nunhole

4.8 54 ratings

$54.99

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **100ft**

Color: **blackblue**

| | |
|---|---|
| **Brand** | nunhole |
| **Color** | blackblue |
| **UPC** | 736250744714 |
| **Manufacturer** | Xirssvy Factory |

## About this item

- 2025 UPGRADED GARDEN HOSE: This Garden Hose is made from the highest quality materials and is of the advanced craft, extremely functional, lightweight and flexible, durable. The hose will never kink, twist, leak, burst or get tangled up while in use
- EXPAND 33.4 FT TO 100FT MAGICALLY: When water pressure is on, the garden hose can extend up to 3 times of its original length(extending from 33.4ft to 100ft),but can retract to 33.4 feet fast when water source is turned off.
- NO MORE LEAKS: This flexible garden hose comes with high quality 3/4 inch American standard sturdy brass fittings and leak-proof rubber gaskets. So you won't have to worry about your hose rusting, leaking, or cracking, which can waste water and damage your plants. The hose is compatible with different watering tools such as sprinklers, nozzles, and faucets, and can connect to different water sources like outdoor faucets and indoor sinks
- 10 FUNCTION SPRAYING NOZZLE: Included with the water hose is a high-quality, 10-pattern rotating nozzle. Our garden expanding hose set delivers smart solutions to satisfy all your watering and cleaning needs. The sprayer boasts non-slip and comfortable grip and rotating bezel for choosing 9 spray patterns: Jet, Shower, Angle, Center, Mist, Cone, Soaker and Flat
- Easy TO USE AND STORE: Light weight, portable, can easily go around obstacles, flexible and non-kinked, easy to install, soft and durable, also suitable for children, the elderly and people who can not lift heavy objects. When not filled with water, the hose is compact. To extend the service life, when not in use for a long time, please drain the water from the hose and place it in a cool place, avoiding direct sunlight

› See more product details

Report an issue with this product or seller

Sponsored

$54.99

FREE delivery **Friday, May 2**. Details

Or fastest delivery **April 25 - 29**. Order within 2 hrs 13 mins. Details

Delivering to New York 10016 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Xirssvy us |
| Sold by | Xirssvy us |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add a Protection Plan:**

- 2-Year Protection Plan for $5.99
- 3-Year Protection Plan for $7.99
- Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

**Other sellers on Amazon**

New (3) from $54.99 & FREE Shipping

Sponsored

## Discover similar items

More filters | prime | 4 stars & Up | $25 - $50 | Blue

4.2 7,818 $54.99 prime — See more like this

4.2 11,386 $49.99 prime — See more like this

4.1 15,359 $64.99 prime — See more like this

4.8 197 20% off Limited time deal $35.59 List: $44.49 prime — See more like this

4.5 136 $58.60 prime — See more like this

4.5 803 28% off Limited time deal $33.14 List: $45.99 — See more like this

4.3 354 $46.99 prime — See more like this

4.3 354 $66.99 prime — See more like this

4.3 354 $56.99 prime — See more like this

4.3 354 $37.99 prime — See more like this

4.2 902 $31.99 — See more like this

4.3 3,104 $67.99 prime — See more like this

Show more

## 4 stars and above

Sponsored

- RAINPOINT Metal Garden Hoses for Yard 100 ft - No-kink 304 Water Hose 100ft with… 116 $89.99 prime Save 10% with coupon
- 100 FT Garden Hose, 2025 New Flexible Water Hose 100FT with Leakproof Solid Brass F… 136 $58.60 prime Save 10% with coupon
- Pocket Hose Copper Head w/New Pocket Pivot Expandable Garden Hose 50 FT, AS-SEEN… 143 #1 New Release -22% $69.99 List: $89.99 prime
- Pocket Hose Copper Head w/New Pocket Pivot Expandable Garden Hose 100FT, AS-SEEN… 63 -8% $119.99 List: $129.99 prime
- Pocket Hose Copper Bullet Expandable Garden Hose 25 FT w/10 Pattern Thumb Spray… 4,547 Amazon's Choice $39.97
- 100 ft Garden Hose – 2025 Upgraded Lightweight & Flexible Garden Hose with 10… 59 -14% $49.87 Typical price: $57.99 prime
- 100 FT Garden Hose Expandable - 304 Stainless Steel Water Hose 100 FT - Heavy… 7,510 $69.99 ($0.70 / Feet) prime Save 8% with coupon

## Products related to this item

Sponsored

- 25 ft Garden Hose – 2025 Upgarded Lightweight & Flexible Garden Hose with 10… 59 -10% $32.39 Typical price: $35.99 prime
- 100 FT Garden Hose Expandable - 304 Stainless Steel Water Hose 100 FT - Heavy… 7,510 Amazon's Choice $69.99 ($0.70 / Feet) prime Save 8% with coupon
- RAINPOINT Garden Hose 100ft x 5/8", Water Hose, Flexible, Lightweight Hybrid… 155 $84.99 ($0.85 / Foot) prime
- Pocket Hose Copper Head w/New Pocket Pivot Expandable Garden Hose 75 FT, AS-SEEN… 58 -9% $99.99 List: $109.99 prime
- RAINPOINT Metal Garden Hoses for Yard 100 ft - No-kink 304 Water Hose 100ft with… 116 $89.99 prime Save 10% with coupon
- 100 FT Garden Hose, 2025 New Flexible Water Hose 100FT with Leakproof Solid Brass F… 136 $58.60 prime Save 10% with coupon
- Expandable Garden Hose 100 FT - 2025 Water Hoses with 10 Function Spray Nozzle, Lig… 23 $53.95

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Xirssvy Factory |
| Part Number | yt001 |
| Item Weight | 4.88 pounds |
| Package Dimensions | 9.69 x 9.33 x 6.1 inches |
| Item model number | garden hose |
| Size | 100ft |
| Color | blackblue |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0F2B93L7C |
| Customer Reviews | 4.8 54 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #331 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#15 in Garden Hoses |
| Date First Available | March 24, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Compare with similar items

This Item | Recommendations

| | ...hole Expandable Garden Hose - 100 ft Expanding Water Hoses, No Kink Lightweight Flexible Hose with 3/4" Solid Fittings and 3-Lay... Add to cart | ... Lightweight Garden Hose ... Ft, Water Hose with Spray Nozzle, Solid Fittings, Extra Strength Fabric Hose for Garden, Black Add to cart | ... Garden Hose 50 ... Non-Expanding Water Hose Ultra Lightweight, Kink-Free, Sturdy, Flexible, Abrasion Resistant Hose for Yard, Law... Add to cart | ... Copper Head w/New Pocket Pivot Expandable Garden Hose 50 FT, AS-SEEN-ON-TV, Swivels 360°, Advanced Tri-Tex Tubing & Force... Add to cart |
|---|---|---|---|---|
| Price | $54.99 | $49.99 | -22% $39.09 List: $49.99 | -22% $69.99 List: $89.99 |
| Delivery | — | Get it as soon as Thursday, May 1 | Get it as soon as Thursday, May 1 | Get it as soon as Tuesday, Apr 29 |
| Customer Ratings | 4.8 54 | 4.0 50 | 4.7 681 | 4.5 143 |
| Sold By | Xirssvy us | abood-us | GSYOU | BulbHead The Home Of Bright Ideas |
| Material | — | — | Polyvinyl Chloride (PVC) | Aluminum |
| Size | 100ft | 100 ft | — | 50 FT |
| Maximum Pressure | — | — | 14 bars | 650 pounds per square inch |
| Weight | — | — | 4 pounds | — |

## Products related to this item

Sponsored

- Pocket Hose Copper Bullet Expandable Garden Hose 25 FT w/10 Pattern Thumb Spray... 4,547 Amazon's Choice $39.97
- Expandable Garden Hose 100 FT - 2025 Water Hoses with 10 Function Spray Nozzle, Lig... 23 $53.95
- 150 FT Garden Hose, 2025 New Flexible Water Hose 150FT with Leakproof Solid Brass F... 136 $68.60 prime Save 10% with coupon
- 100 ft Garden Hose – 2025 Upgarded Lightweight & Flexible Garden Hose with 10... 59 -14% $49.87 Typical price: $57.99 prime
- RAINPOINT Metal Garden Hoses for Yard 100 ft - No-kink 304 Water Hose 100ft with... 116 $89.99 prime Save 10% with coupon
- Pocket Hose Copper Head w/New Pocket Pivot Expandable Garden Hose 50 FT, AS-SEEN... 143 #1 New Release -22% $69.99 List: $89.99 prime
- Pocket Hose Copper Head w/New Pocket Pivot Expandable Garden Hose 100FT, AS-SEEN... 63 -8% $119.99 List: $129.99 prime

Sponsored

## Similar brands on Amazon

Sponsored

- Giraffe Tools Retractable Garden Hose Reel 1/2 Inch x 130 ft, Super Heavy... 4.2 6,900 $195.99
- YAMATIC Heavy Duty Garden Hose 5/8 in x 50 ft with Swivel Handle, Super... 4.8 9 $44.99 List Price: $49.99
- Beaulife Metal Garden Hose 25 ft Flexible No Kink Lightweight RV... 4.4 3,421 $23.99
- TOOLCY G... Heavy Dut... 4.4 $31.99

## Customer reviews

4.8 out of 5

54 global ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 16% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

### Reviews with images

See all photos ›

### Top reviews from the United States

Joel

**A great option.**

Reviewed in the United States on April 7, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

This a nice hose with good fittings that will work well in my automated watering set up. I like that it came with some extra washers.

One person found this helpful

Helpful | Report

SCL

**Great short hose for patio garden**

Reviewed in the United States on March 29, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

Now that the freeze weather is over, and I have taken the covers off my spigots, I was able to hook up this hose that I ordered to use on the patio for flower boxes. It has 3/4-inch brass fittings and a stainless-steel hose (2-layer latex underneath) and hasn't leaked yet. I haven't had any kinks, but it's a 10-foot hose, right? I sometimes need a short hose to attach to the sink in the mudroom. This being a leakproof hose (so far, fingers crossed) helps. 5 Stars.

Helpful | Report

Lars D. H. Hedbor

**Good utilitarian hose**

Reviewed in the United States on March 27, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

Great, sturdy hose. Where I just needed a short hose to reach from the outlet to a slow-watering hose, this filled the bill perfectly.

Helpful | Report

Ernesto Alvarez

**Expanding hose**

Reviewed in the United States on April 21, 2025

Size: 100ft | Color: blackblue | Verified Purchase

The finish on the fittings could be better

Helpful | Report

Greg Ehrbar

**It's just what we need to wash the puppy**

Reviewed in the United States on March 21, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

We have a small yard/patio area, so we don't need a real long hose so this 10 ft. hose works for our purposes. We are hoping this metal hose will last longer than the plastic ones that always seem to get pinpoint holes in them after a while.

Our main use for this hose is to give our dog a bath -- which is a challenge in itself -- so the hose doesn't need to be long, just sturdy.

Helpful | Report

SoCoGal

**Perfect solution for use in desert or in submersible tanks**

Reviewed in the United States on March 6, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

nohole brand, 10 foot stainless steel hose.

I like this product because it has brass connections and it comes with the extra gaskets and plumbers tape as well so if you're going to connect the to another hose you're all set to go with ideally no leaks.

I bought this to use in a water tank because the stainless steel hoses hold up better in water than a traditional rubber type hose.

This will be used for part of our garden hoses to water our trees and desert plants and should hold up to our very hot desert dry climate.

Helpful | Report

David

**Quite the industrial hose!**

Reviewed in the United States on March 18, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

Superb sturdy and comes with some nice bonus pieces. This is going to be used to drain my water heater. Far easier than lugging one from the back yard and getting water all over my floors.

Helpful | Report

mem.yoreh

**another extension for the garden**

Reviewed in the United States on March 8, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

got this as a backup extension hose in the garden this year. adding ten feet at a time helps keep the hoses manageable, as opposed to a larger size. these are incredibly lightweight for what they are, have zero kink and withstand all the weather. i'm an official metal hose convert

Helpful Report

See more reviews ›

amazon Delivering to New York 10016 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Amazon Haul | Medical Care | Best Sellers | Amazon Basics | Music | New Releases | Today's Deals | Registry | Prime | Groceries | Smart Home | Gift Cards | Customer Service | Pharmacy | Books | Amazon Home | Fashion | Luxury Stores | Toys & Games | Sell | Beauty & Personal Care | Gift Shop | Home Improvement | Sports & Outdoors | Automotive | Computers | Video Games | Pet Supplies

Shop now

Sponsored

Patio, Lawn & Garden › Gardening & Lawn Care › Watering Equipment › Garden Hoses

Roll over image to zoom in

# 75 ft Expandable Garden Hose - Superior Strength 3750D - 4 -Layer Latex Core Garden Hoses - Expanding Water hoses - Extra Strong Brass Connectors/Storage Bag

Brand: nunhole
4.8 25 ratings

$45.99

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **75ft**

Color: **blackgreen**

| | |
|---|---|
| **Brand** | nunhole |
| **Color** | blackgreen |
| **UPC** | 736250745841 |
| **Manufacturer** | nunhole factory |

## About this item

- 2025 UPGRADED GARDEN HOSE: This Garden Hose is made from the highest quality materials and is of the advanced craft, extremely functional, lightweight and flexible, durable. The hose will never kink, twist, leak, burst or get tangled up while in use
- EXPAND 25 FT TO 75FT MAGICALLY: When water pressure is on, the garden hose can extend up to 3 times of its original length(extending from 25ft to 75ft),but can retract to 25 feet fast when water source is turned off.
- NO MORE LEAKS: This flexible garden hose comes with high quality 3/4 inch American standard sturdy brass fittings and leak-proof rubber gaskets. So you won't have to worry about your hose rusting, leaking, or cracking, which can waste water and damage your plants. The hose is compatible with different watering tools such as sprinklers, nozzles, and faucets, and can connect to different water sources like outdoor faucets and indoor sinks
- 10 FUNCTION SPRAYING NOZZLE: Included with the water hose is a high-quality, 10-pattern rotating nozzle. Our garden expanding hose set delivers smart solutions to satisfy all your watering and cleaning needs. The sprayer boasts non-slip and comfortable grip and rotating bezel for choosing 9 spray patterns: Jet, Shower, Angle, Center, Mist, Cone, Soaker and Flat
- Easy TO USE AND STORE: Light weight, portable, can easily go around obstacles, flexible and non-kinked, easy to install, soft and durable, also suitable for children, the elderly and people who can not lift heavy objects. When not filled with water, the hose is compact. To extend the service life, when not in use for a long time, please drain the water from the hose and place it in a cool place, avoiding direct sunlight

› See more product details

Report an issue with this product or seller

$45.99

FREE delivery **Friday, May 2**. Details

Or fastest delivery **April 25 - 29**. Order within 2 hrs 12 mins. Details

Delivering to New York 10016 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Xirssvy us |
| Sold by | Xirssvy us |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add a Protection Plan:**

- 2-Year Protection Plan for $4.99
- 3-Year Protection Plan for $6.99
- Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Sponsored

Sponsored

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | nunhole factory |
| Size | 75ft |
| Color | blackgreen |

### Additional Information

| | |
|---|---|
| ASIN | B0F5S87M62 |
| Customer Reviews | 4.8 25 ratings 4.8 out of 5 stars |
| Date First Available | April 21, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

**High Quality Upgraded Garden Hose**
Bid Farewell to the Traditional Heavy Hose, This Garden Hose is made from the high quality materials and is of the advanced craft, extremely functional, lightweight and flexible, durable. Garden Hose Will Makes Your Life Easier. Enjoy Pleasure of Your Gardening Life.
1. Extremely flexible and less kinking, very flexible even at -40 to 150-degree F. NO KINKING when extended.
2.Extremely functional and lightweight.
3.Flexible and Easy to Handle.

**Durability and Flexibility**
High quality materials blend construction offers heavy duty, lightweight, abrasion resistance. Flexible use at -40 to +150-degree F.600PSI burst strength guarantees trusted performance and long life. As the strongest, lightest, hose in its class, this hose will hold up season after season and is supported by 1 year service.

**Male and Female Brass Fittings**
Industrial grade 100% solid brass fittings, tight seal fittings are long-lasting, crush-resistant and no leaking. Stainless steel strain protective collar on hoses resists kinks at faucet.

**Specification**
Hose Length:50 FT
Connector:100% solid brass fittings of 3/4''
Material: Latex / Polyester Cloth / Brass / Pro-TPE
Temperature Range: Flexible at -40 to +150 Degree F
Working Pressure: 200 PSI
Burst Pressure: 600 PSI
Applicable to: Water garden, wash car, clean house, bath pets, etc.

**Bundle Includes:**
1 x 50 Ft Garden Hose

**Notice**
1. When hose is used and fully extended, please don't close the nozzle, or the increasing water pressure will probably endanger the hose.
2. When the hose is not used, please drain the water out of the hose in time.

Sponsored

## Customer reviews

4.8 out of 5

25 global ratings

| | |
|---|---|
| 5 star | 85% |
| 4 star | 15% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

### Reviews with images

See all photos ›

### Top reviews from the United States

tmatt75

**Perfect garden hose for a small yard**

Reviewed in the United States on April 13, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

I was skeptical at first but after some usage, I have to say that this hose is outstanding. I've had almost every type of standard garden hose. From the cheapest to the most expensive, they all seem to suffer from one flaw or another. No matter what, they all seem to end up kinking and blocking the flow. And the more heavy duty ones are often stiff and hard to maneuver.
So far, this design does not seem to suffer from any of those issues. The stainless steel external layer is flexible enough to allow you to roll up the hose for storage but the hose does not have a memory, it does not try to roll itself backup, it's pliable and ready to go into any configuration you need it to.
The external lay appears durable and looks like it could take some abuse. I have not stepped on it yet but it appears that it would not crush or crimp if I were to. Some reviewer have mentioned the flow rate and it is a smaller diameter hose so I would not use this to feed a pressure washer or some other high flow rate demanding purpose. But for an everyday garden hose to wash off the patio or water the bushes, this is ideal. I would purchase a 50ft version if they have one available and get rid of my ugly green hose entirely.
I'll be interested to see how well it holds up over time and with changing weather.

One person found this helpful

Helpful | Report

FL Traveler

**4.5 stars**

Reviewed in the United States on April 18, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

My mom has a similar hose, not sure of the brand or where she go it, and I liked it... so I got this one. Keep in mind it is 25' long, which may be on the shorter side depending on your needs. My mom's hose has a soft rubber "grip" where this hose has a black plastic grip by the brass ends/connectors. The problem with my mom's rubber grip is it becomes sticky and gooey as it ages.....I don't see that happening with this hose. The grip on this hose also threads to the brass ends which is nice, but can make taking the hose off the spigot or nozzle a "little" more challenging (you may have to unscrew the grip and then the connector).

I like the hose overall. My only complaint and reason for a 4.5 star review.... When I coil up the hose, it

doesn't coil up in a nice circle like my mom's hose (which is very easy to coil up). Not a deal breaker, but something of note.

2 people found this helpful

Helpful | Report

V. Lum

**Typical stainless steel hose – Very good and maneuvable**

Reviewed in the United States on June 16, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

This stainless steel braided hose is great and very easy to use. It is super maneuverable and easy to put away. Its a great hose, but 25ft is also pretty short, so I needed several of these for my needs so it does get expensive. I don't think this hose was differentiated in any way from the majority of other stainless steel hoses available on Amazon.

Helpful | Report

I review everything

**sturdy connectors**

Reviewed in the United States on March 21, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

Not all of these metal hoses are the same -- I have found the main difference is the connection points at the faucet to the inner lining of the hose -- this hose has a sturdy anti-kink sleeve at both ends that grips the hose very well -- even if you are constantly pulling on the metal I don't think the sleeve is going to allow the hose to pull out of it -- this is lightweight and has a slightly smaller inside diameter than the much heavier vinyl or rubber hoses -- I haven't noticed any less pressure or water volume coming out -- I have above ground sprinklers that are connected to metal hoses now and I did not have to adjust them to get good coverage today when I switched them over -- had them inside for the winter and put them out today -- the fitting on the ends are high quality -- this hose should last a very long time unless you have water pressure above 100 PSI -- my pressure is set to 50 PSI

Helpful | Report

Slippery Jim

**Fantastic hose. I may never go back to non-steel garden hoses.**

Reviewed in the United States on March 8, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

This thing really seems to represent everything I want in a hose -- it doesn't kink, is extremely resistant to physical damage of any kind, and quite possibly impervious to sun damage.

It is easy to coil or move however you like, sliding smoothly without tending to get caught up in itself.

The water flows through it just fine, even though it seems a little thinner than a typical hose.

Its one slight drawback is that it does get hot with the summer sun beating on it, but as soon as you start sending water through it, it almost immediately cools down. And it's not like traditional hoses don't also get hot, when they're out in the sun.

Hopefully there aren't any long term disadvantages, but so far I'm really impressed.

Helpful | Report

dontbesojumpy

**Great Hose With only a few Shortcomings**

Reviewed in the United States on May 22, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

1. Nice hose, heavy-duty but not "heavy" feeling--
2. Metal doesn't "kink" or tangle as easy; also doesn't coil super neatly.
3. I required teflon tape to get a seal that didn't leak
4. The knurled "grip" area of the hose connector is thin and seems designed for the plastic/rubber end covers to engage--It slipped off for me, which means I needed a pair of channel locks to really screw/unscrew the hose...kind of a pain.

I'm giving the hose 4 out of 5 stars but if it leaks or bursts with the minimal use we put it through, I'll report back.

5 people found this helpful

Helpful | Report

Snowbutch1

**Great hose**

Reviewed in the United States on March 19, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

This type hose has been a game changer for me. I've started replacing all my old hoses with these. The connections are really nice and heavy duty. The washers are as well. Small things but make so much difference if you use as many as I do. One or two little dripping leaks can run a water bill up quick. The hoses themselves are really sturdy with the metal wrapping....so won't cut or burst nearly as quickly as a rubber hose. The really nice thing is the price. These days even cheaper end hoses cost about what one of these does...and no comparison there at all...Hands down these are a better product

Helpful | Report

Drew

**Buy it. Like, NOW.**

Reviewed in the United States on April 14, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

Just buy it. Thank me later. Imagine everything you hate about using a garden hose....kinks, tangles, the weigh, dry rot....now imagine a hose that has NONE of those problems. This is that hose. Also comes with several replacement O rings for the connectors which is a nice bonus.

One person found this helpful

Helpful | Report

See more reviews ›

Sponsored

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to Kerry
Pleasantv... 10570
Search Amazon
EN
Hello, Kerry
Account & Lists
Returns
& Orders
55 items
$270.91
4 items are out of stock.
Nice! You get FREE delivery
Go to Cart
$4.19
$4.19
Sponsored
Patio, Lawn & Garden › Gardening & Lawn Care › Watering Equipment › Garden Hoses
Expandable Garden Hose 100 FT - 2025 Water Hoses with 10 Function Spray Nozzle, Lightweight, No-Kink, Flexible Garden Hoses with 3/4" Brass Fittings and 4-Layer Latex Core for Gardening(Blue Black)
Brand: SamBoKe
4.9 (23)
$53.95
Or $9.30/mo (6 mo). Select from 2 plans
Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for Prime Visa.
Size: 100ft
Color: Blue Black
Brand SamBoKe
Material Brass
Color Blue Black
Product Dimensions 1"L x 1"W
UPC 717382823096
Manufacturer Baopeng-US
About this item
• Magical expandable feature: When water pressure is turned on, this retractable garden hose can quickly expand to three times its original length, such as extending from 33.3 feet to 100 feet. Once the water source is turned off, it can quickly retract to its original length within minutes, making it easy to store and carry.
• Premium durable material: The garden hose is made with a high-density 4-layer latex core covered with top-quality 3750D polyester fabric, ensuring that the hose is both soft and durable, resistant to twisting or kinking. The high-strength, high-tensile braided sleeve effectively protects the inner tube from drag friction damage and can resist temperatures up to 41-113°F. It uses 3/4-inch 100% solid brass connectors with excellent corrosion resistance and non-rusting characteristics, ensuring long-lasting use of the hose.
• No kinking, no leaks, lightweight and convenient: Due to its special material and structural design, the garden hose will not kink, twist, leak, burst, or tangle during use, ensuring stability and safety. The lightweight design makes it easy to move and store. The included storage bag makes it convenient to store and carry.
• 10 functional nozzles: Compared to other brands, our retractable garden hose comes with 10 nozzles with different functions, satisfying all your watering and cleaning needs. Including a water pressure valve feature, it easily adjusts the water flow pressure. The ergonomic rubber handle design makes operation more comfortable while preventing slipping.
• Comprehensive after-sales service: We provide a 12-month warranty period for the retractable garden hose. If you encounter any problems during use, our professional team will provide timely solutions, including free replacements or appropriate refunds. With its retractable feature, premium material, multi-functional nozzles, no kinking or leaking, lightweight and convenient design, as well as comprehensive after-sales service, the retractable garden hose has become a popular outdoor living tool on the market, providing efficient and convenient watering solutions for gardens, yards, lawns, and more.
› See more product details
Report an issue with this product or seller
$53.95
FREE delivery April 29 - May 1. Details
Or fastest delivery April 28 - 30. Details
Deliver to Kerry - Pleasantville 10570
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from Baopeng-US
Sold by Baopeng-US
Returns 30-day refund/ replacement
Payment Secure transaction
See more
Add a Protection Plan:
2-Year Protection Plan for $5.99
3-Year Protection Plan for $7.99
Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month
Add to List
Click to see full view
Ask Rufus
Does it kink or tangle easily?
Is nozzle adjustable and comfortable to hold?
Are brass fittings durable and leak-proof?
Ask something else
Sponsored
Sponsored
Buy it with

Product information

## Technical Details

| | |
|---|---|
| Manufacturer | Baopeng-US |
| Item Weight | 4.9 pounds |
| Product Dimensions | 1 x 1 x 0.1 inches |
| Country of Origin | China |
| Item model number | 100 FT Garden Hose |
| Size | 100ft |
| Color | Blue Black |
| Material | Brass |
| Included Components | 1 x 100 Ft Garden Hose, 1 x Spray Nozzle, 2 x Additional Washers, 1 x Simple User manual |
| Batteries Required? | No |

## Additional Information

| | |
|---|---|
| ASIN | B0F393WX55 |
| Customer Reviews | 4.9 (23) 4.9 out of 5 stars |
| Date First Available | April 1, 2025 |

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price?

## Videos

amazon prime Deliver to Kerry Pleasantv... 10570 All EN Hello, Kerry Account & Lists Returns & Orders WHOLE FOODS MARKET

55 items $270.91 4 items are out of stock. Nice! You get FREE delivery Go to Cart $4.19 2 $4.19 1

## Product Description

**2025 High Quality Upgraded Expandable Garden Hose**
Bid Farewell to the Traditional Heavy Hose,This Expandable Garden Hose will Makes Your Life Easier. Enjoy Pleasure of Your Gardening Life.
1. Expand to 3 times the original length when the water is turn on.
2. Extremely functional and lightweight.
3. Flexible and Easy to Handle.

**Extra Durable 10 Patterns Spray Nozzle Included**
1. Spray nozzle has 10 kinds of watering setting to meet all your watering needs. Just rotate the bezel and switch to the function you needed.
2. Thumb control flow from zero-max, meets all your flow needs and save more than 50% of the water.
3. Nozzle grip with non-slip rubber pad for comfortable use, more robust and durable than normal nozzle.
4. Standard 3/4" female connector allows a simple connection to your watering system. Equipped with rubber gasket, never worry about leaks.

**Specification**
Hose Length:100 FT (Original 33.3 feet, can expand to max 100 feet)
Tube Diameter: About 4/5 inch
Material: Latex / Polyester Cloth / Brass / Pro-TPE
Workable with: Spray nozzle
Nozzle Patterns: Flat, cone, soaker, full, angle, shower, mist and center.
Applicable to: Water garden, wash car, clean house, bath pets, etc.

**Bundle Includes:**
1 x 100 Ft Garden Hose
1 x Spray Nozzle
2 x Additional Washers
1 x Simple User manual

**Notice**
1. When hose is used and fully extended, please don't close the nozzle, or the increasing water pressure will probably endanger the hose.
2. When the hose is not used, please drain the water out of the hose in time.

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | **SamBoKe** Expandable Garden Hose 100 FT - 2025 Water Hoses with 10 Function Spray Nozzle, Lightweight, No-Kink,... | **YEVJIWI** Garden Hose 75ft, Flexible Hose with Spray Nozzle, Solid Fittings, Extra Strength Fabric, Black | **CXEZSIK** Garden Hose Non-Expanding 100ft, Flexible Garden Hose with 10 Function Hose Nozzle, Lightweight, Kink... | **Pocket Hose** Copper Head w/New Pocket Pivot Expandable Garden Hose 50 FT, AS-SEEN-ON-TV, Swivels 360°, Advanced Tri... |
| | Add to cart | Add to cart | Add to cart | Add to cart |
| **Price** | $53.95 | $37.99 | -25% $52.24 Typical price: $69.99 | -22% $69.99 List: $89.99 |
| **Delivery** | Get it **Apr 29 - May 1** | prime FREE Delivery | prime FREE Delivery | prime FREE One-Day |
| **Customer Ratings** | 4.9 23 | 4.0 50 | 4.7 456 | 4.5 143 |
| **Sold By** | Baopeng-US | abood-us | ZBLIFESHOP | BulbHead The Home Of Bright Ideas |
| **Material** | Brass | — | Fabric, Polyvinyl Chloride (PVC) | Aluminum |
| **Size** | 100ft | 75 ft | — | 50 FT |

## Products related to this item

Sponsored

| Product | Rating | Price |
|---|---|---|
| Pocket Hose Copper Head w/New Pocket Pivot Expandable Garden Hose 75 FT, AS-SEEN... | 58 | -9% $99.99 List: $109.99 prime |
| TITAN Garden Hose 100FT \| NON-EXPANDING Durable, Flexible, Ultra... | 676 | $104.95 prime |
| 200 FT Stainless Steel Garden Hose - 2025 Upgraded Metal Water Hose - Flexible Wate... | 33 | $115.99 prime $92.79 with coupon |
| LIVLIG Design Garden Hose 100 ft 1/2 inch, For Any Nozzle, Brass Quick Connect, Wat... | | -40% $59.90 List: $99.95 |
| Garden Hose 75 FT, NON-EXPANDABLE Heavy-Duty Flexible & Lightweight Water... | 902 | Amazon's Choice $49.99 prime |
| 100 FT Garden Hose, 2025 New Flexible Water Hose 100FT with Leakproof Solid Brass F... | 136 | $58.60 prime $52.74 with coupon |
| Expandable Garden Hos 100 ft - 2025 New Kink Free Flexible Water Hos 100ft with 1... | 26 | $53.95 |

amazon prime
Deliver to Kerry Pleasantv... 10570
All
EN
Hello, Kerry Account & Lists
Returns & Orders
55 items
$270.91
4 items are out of stock.
Nice! You get FREE delivery
Go to Cart
$4.19
2
$4.19
1
Sponsored
Similar brands on Amazon
Sponsored
Tardigrade Metal Garden Hose 50 FT, Heavy Duty 304 Stainless Steel Water...
4.4 8,568
$44.98
TOOLCY Garden Hose 25 ft x 5/8", Heavy Duty Water Hose, Lightweight,...
4.4 179
$31.99
YAMATIC Heavy Duty Garden Hose 5/8 in x 50 ft with Swivel Handle, Super...
4.8 9
$44.99 List Price: $49.99
Customer reviews
4.9 out of 5
23 global ratings
5 star 86%
4 star 14%
3 star 0%
2 star 0%
1 star 0%
How customer reviews and ratings work
Review this product
Share your thoughts with other customers
Write a customer review
Sponsored
Reviews with images
See all photos
Top reviews from the United States
B. BUTLER
Sturdy construction, coils and uncoils easily
Reviewed in the United States on April 7, 2025
Amazon Vine Customer Review of Free Product ( What's this? )
This hose is strong construction, and fits standard U.S. hose nozzle connections. At the moment, we're using it for short-length connection needs, such as watering plants near an outdoor spigot.
It came coiled in a small box, which makes sense because it's a small--well, short hose. It makes more sense for connections where you need an extension.
The other thing we're planning to use it for is to go with a pressure washer. We'll be back to update the reviews if there are issues, but I can't imagine there would be, since the pressure washer is intended to connect to a regular hose anyway.
One person found this helpful
Helpful Report
DeeDee
Dog can't chew holes in this hose
Reviewed in the United States on March 25, 2025
Amazon Vine Customer Review of Free Product ( What's this? )
We have a new puppy who chews everything his teeth can grab. Fortunately, he can't chew through this hose and he doesn't like them now. I love them.
This hose never kinks, no matter what you do to it. I mean, you could get a bench vise or pipe bender if you just gotta bend it but under normal conditions without tools it will not kink.
I like the water pressure as well for when I rinse off buckets and carts. These are great hoses for just about any use.
2 people found this helpful
Helpful Report
We Love Pat Altschul
No bends and no kinks sparks joy
Reviewed in the United States on March 1, 2025
Amazon Vine Customer Review of Free Product ( What's this? )
A recent wildfire incinerated personal possessions, including all the garden hoses we played out for firefighters.
Out of 6 hoses, this was the sole survivor.

While the hose is too short to be convenient give the size of my yard,
I have been using it on my rose garden. Not until I used a hose that does not kink/bend did I realize how much rubber hoses like to do that.

As I discussed buying more, longer metal hoses with my aunt, she added that they're a must on her ranch as little critters - mostly squirrels - enjoy gnawing on rubber hoses.

One person found this helpful

Helpful | Report

DiStasi

**Hose Functions as Expected but Shop Around**
Reviewed in the United States on February 6, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I am not in general a fan of steel braided hoses. They are heavy and only 1/2", and the fittings are easily damaged. On the other hand, if you only require a short connector then these should satisfy. I have found that a 12' hose is ideal as a connector from my main hose to my garden irrigators. The brass fittings are not the heaviest duty, but they are much better than the typical use-once-and-throw-away plastic hoses. The literature states that these have a PVC inner hose. This is a good feature; however, be sure to completely drain all hoses at the end of the season, and especially these with PVC components. This will protect from winter bursting. If you intend to use this as connecting hose, it's worthwhile to purchase some quick connectors. Just be sure be sure to buy a complete set such as Gilmour. Too many knock-off brands are not compatible.

I suspect that these are all made in the same Chinese factory and that the sellers are transient. If I am correct, then you should purchase based on your required length and the lowest purchase price. The "company" I purchased from last year is no longer around.

One person found this helpful

Helpful | Report

P. Killion

**LIghtweight and durable, to a point**
Reviewed in the United States on February 13, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

So far so good; these metal hoses are my preferred choice, as they are completely resistant to kinking (despite all the "no kink" claims so many others state, and then still kink), you'd have to completely tie a knot for it to kink, which I've done and it still worked tbh, just don't recommend for longevity. The inner tubing is smaller than the full 3/4", so keep that in mind, for volume it'll be a little lower than a full size hose, but in most applications it's a moot point, really just relevant for massive volume situations like filling a pool (even filling a hot tub it's not a drastic difference, I know as I've filled ours multiple times with them). They can be stepped on, dragged across coarse large aggregate, etc without any issue whatsoever. The downside is there is an inner liner that just eventually will fail; some I've had last 5+ years, some shorter than that, just seems to be completely random when and where the liner will fail. But they're so lightweight and convenient to use I replace them when necessary, they're much more durable than all those shrinking cloth-wrapped hoses but almost as light weight.

2 people found this helpful

Helpful | Report

Mary

**Great short hose**
Reviewed in the United States on February 26, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

My husband has been asking for a short hose to use with his pressure washer. I finally found one and he liked it so much that he had me get these types of hoses for our front and back yard, but only longer.

These hoses don't kink! That's a game changer for us and with the pressure washer. This hose is only 12ft long. It's meant to be used for an extension or for short distance. The connectors are not brass, but aluminum. That makes a difference. If you intend to leave this hose connected 24/7 I highly suggest you use them for included tape.

I absolutely wouldn't recommend anyone drinking out of the hose. It's still a rubber hose covered in stainless steel. These, to me, are going to last years.

Helpful | Report

Sheri T.

**Nice hose for a smaller patio**
Reviewed in the United States on March 13, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

This hose is the perfect size for my small patio so I can water my plants. It comes with extra washer and tape for the faucet to prevent leaking.

Helpful | Report

Deliver to Kerry
Pleasantv... 10570
All
EN
Hello, Kerry
Account & Lists
Returns
& Orders
Reviewed in the United States on March 8, 2025
Amazon Vine Customer Review of Free Product ( What's this? )
This hose is great. solid construction good flow, and no kinks like rubber hoses. I'm looking to replace all my rubber hoses with these.
Helpful
Report
See more reviews ›
55 items
$270.91
4 items are out of stock.
Nice! You get FREE delivery
Go to Cart
$4.19
2
$4.19
1
Sponsored

Back to top
Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science
Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money
Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter
Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help
English
United States
Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Luna Video games from the cloud, no console required

amazon prime
Deliver to Kerry
Pleasantv... 10570
All
EN
Hello, Kerry
Account & Lists
Returns
& Orders
WHOLE FOODS
55 items
$270.91
4 items are out of stock.
Nice! You get FREE delivery
Go to Cart
$4.19
2
$4.19
1