# EXHIBIT C

**Claim Chart – U.S. Patent No. 9,581,272**

**(ASIN B0F48ZFQ5V)**

| U.S. Patent No. 9,581,272 | BAOPENG-US 50-Foot Expandable Hose (ASIN B0F48ZFQ5V) |
|---|---|
| 13. A hose for water comprising: | The Infringing Product is a flexible water hose:<br><br>As received in the Infringing Product package:<br><br>Dear customer,<br>We are delighted that you have decided on this garden hose.<br>Please read the instruction carefully before usage. |
| a flexible elongated outer tube having a first end and a second end, an interior of said outer tube being substantially hollow; | The Infringing Product has a flexible elongated outer tube having a first end and a second end. The interior of the outer tube is substantially hollow |

1

| | |
|---|---|
| a flexible elastic elongated inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said inner tube member is made from an elastic material having an elongation ratio between two and six times its contracted or unexpanded length; | As shown in the Amazon listing below (with a circle added), the Infringing Product has a flexible elastic elongated inner tube made of Latex:<br><br>As shown in the Amazon listing above, the Infringing Product has an inner tube with an elongation ratio up to 3 times its original length, which is between two and six times its contracted or unexpanded length. |
| a female coupler secured to said first end of said inner and said outer tubes;<br><br>a male coupler secured to said second end of said inner and said outer tubes; |  |

2

| | |
|---|---|
| said inner and outer tubes being attached at the couplers; | The Infringing Product has inner and outer tubes attached at the couplers:<br><br>female coupler<br>male coupler |
| said female coupler coupling said hose to a source of pressurized water, | See the product instructions below circled in red:<br><br>1. Before you start using expandable hose, ensure to firmly affix the rubber inside(already installed) the female coupling to prevent leaking.<br>2. Append the female end of the expandable hose to the water source. |
| said male coupler coupling said hose to a water flow restrictor; | The Infringing Product has male coupler coupling said hose to a water flow restrictor/spray nozzle: |
| whereby, when water under pressure is introduced into the female coupler, said elongated inner tube expands longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing a length of said hose to an expanded condition; | See photo below for product listing and included product instructions. The inner tube expands along its length and width when water under pressure is introduced into the female coupler thereby increasing the length of the hose.<br><br>1. Before you start using expandable hose, ensure to firmly affix the rubber inside(already installed) the female coupling to prevent leaking<br>2. Append the female end of the expandable hose to the water source.<br>3. Turn the ON / OFF valve off.<br>4. Turn the water on at the source. Gradually increase the water pressure. The hose will automatically expand up to 3 times its original length. |

3

| | |
|---|---|
| wherein the ==water flow restrictor== is configured to vary the amount of restriction of the water under pressure that is released from the hose while maintaining the length of the hose in the expanded condition; and | The water flow restrictor, i.e., the spray nozzle, can alternate between open and closed positions in varying the amount of restriction of the pressurized water exiting the hose through the selectable nozzle head, as shown in the photo below.<br><br>The water flow restrictor/spray nozzle is configured to vary the amount of restriction of the water under pressure that is released from the hose while maintaining the length of the hose in the expanded condition, as indicated in the product instructions below.<br><br>5. When the hose is fully expanded, turn the ON / OFF valve to the on position, and use the hose like any ordinary garden hose. Note: When used without a spray nozzle, the hose will contract several feet or more when the water is turned on. |
| wherein removal of water under pressure allows the outer tube to contract from the expanded length whereby an inner surface of the outer tube catches on an outside surface of the elastic inner tube helping the outer tube to contract the inner tube. | According to the product instructions below, the removal of water under pressure allows the outer tube to contract from the expanded length:<br><br>6. After use, turn the water off at the water source.<br>7. Open the ON / OFF valve and allow the water in the hose to drain. If you are using a nozzle then open the nozzle. As the water begins to drain from the hose, it will automatically contract back.<br><br>Contraction of the inner tube is aided by contact with the outer tube as the water pressure decreases. |

4