# EXHIBIT D

# Defendant Guangzhou Alpaca Home Furnishing Co., Ltd. d/b/a Xirssvy us

# amazon.com

## Final Details for Order #111-4817621-2377844

**Print this page for your records.**

**Order Placed:** April 9, 2025
**Amazon.com order number:** 111-4817621-2377844
**Order Total:** $58.77

---

### Shipped on April 10, 2025

| Items Ordered | Price |
|---|---|
| 1 of: *Expandable Garden Hose - 100 ft Expanding Water Hoses, No Kink Lightweight Flexible Hose with 3/4" Solid Fittings and 3-Layer Latex Core - 25ft Retractable Stretch Car Washing Pipe*<br>Sold by: Xirssvy us (seller profile)<br>Supplied by: Other<br><br>Condition: New | $49.99 |

**Shipping Address:**
Jason Drangel (Epstein Drangel LLP)
60 E 42ND ST STE 1250
NEW YORK, NY 10165-1299
United States

**Shipping Speed:**
Expedited Shipping

---

### Payment information

| | | |
|---|---|---|
| **Payment Method:**<br>American Express ending in ▓▓▓▓ | **Item(s) Subtotal:** | $49.99 |
| | **Shipping & Handling:** | $3.99 |
| | | ----- |
| **Billing address**<br>▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓<br>FAIRFIELD, NJ 07004-1029<br>United States | **Total before tax:** | $53.98 |
| | **Estimated tax to be collected:** | $4.79 |
| | | ----- |
| | **Grand Total:** | **$58.77** |
| **Credit Card transactions** | AmericanExpress ending in ▓▓▓▓: April 10, 2025: | $58.77 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

Back to top

# Defendant Guangzhou Keduoqing Technology Co., Ltd. d/b/a Gotocheer US

**Shipped on April 14, 2025**

| Items Ordered | Price |
|---|---|
| 1 of: *100 ft Expandable Garden Hose - 2025 Upgraded No Kink Flexible Water Hose 100ft with 10 Pattern Spray Nozzle, 3/4 Solid Brass Connectors, Retractable Latex Core - Lightweight Expanding Hose*<br>Sold by: Gotocheer US (seller profile)<br>Supplied by: Gotocheer US (seller profile)<br><br>Condition: New | $49.99 |

**Shipping Address:**
Jason Drangel (Epstein Drangel LLP)
60 E 42ND ST STE 1250
NEW YORK, NY 10165-1299
United States

**Shipping Speed:**
FREE Prime Delivery

**Payment information**

| Payment Method:<br>American Express  ending in ▮▮▮▮ | Item(s) Subtotal: | $208.18 |
|---|---|---|
|  | Shipping & Handling: | $0.00 |
|  |  | ----- |
| **Billing address** | Total before tax: | $208.18 |
| ▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>FAIRFIELD, NJ 07004-1029<br>United States | Estimated tax to be collected: | $18.47 |
|  |  | ----- |
|  | **Grand Total:** | **$226.65** |
| **Credit Card transactions** | AmericanExpress ending in ▮▮▮▮: April 14, 2025: | $226.65 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates



Back to top

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

https://www.amazon.com/gp/css/summary/print.html?orderID=111-6310055-9356247&ref=ppx_yo2ov_dt_b_fed_invoice_pos#

© 1996-2025, Amazon.com, Inc. or its affiliates

# Defendant Jieyang Baopeng Trading Co., Ltd. d/b/a Baopeng-US

# amazon.com

## Final Details for Order #111-9825346-5308256

**Print this page for your records.**

**Order Placed:** April 10, 2025
**Amazon.com order number:** 111-9825346-5308256
**Order Total:** $97.88

### Shipped on April 10, 2025

| Items Ordered | Price |
|---|---|
| 1 of: *Expandable Garden Hose 100 ft with 10 Function Spray Nozzle, 2025 New Superior Strength Flexible Hoses, 3/4" Brass Connectors- Leakproof Lightweight Water Pipe for Gardening(Blue Black)* <br> Sold by: Baopeng-US (seller profile) <br> Supplied by: Other <br><br> Condition: New | $49.95 |
| 1 of: *Expandable Garden Hose 50 ft with 10 Function Spray Nozzle, 2025 New Superior Strength Flexible Hoses, 3/4" Brass Connectors- Leakproof Lightweight Water Pipe for Gardening(Blue Black)* <br> Sold by: Baopeng-US (seller profile) <br> Supplied by: Other <br><br> Condition: New | $39.95 |

**Shipping Address:**
Jason Drangel (Epstein Drangel LLP)
60 E 42ND ST STE 1250
NEW YORK, NY 10165-1299
United States

**Shipping Speed:**
Standard Shipping

### Payment information

| Payment Method: | | |
|---|---|---|
| American Express ending in ▮▮▮▮ | Item(s) Subtotal: | $89.90 |
| | Shipping & Handling: | $0.00 |
| **Billing address** | | ----- |
| ▮▮▮▮▮▮▮▮ | Total before tax: | $89.90 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Estimated tax to be collected: | $7.98 |
| | | ----- |
| FAIRFIELD, NJ 07004-1029 | **Grand Total:** | **$97.88** |
| United States | | |
| **Credit Card transactions** | AmericanExpress ending in ▮▮▮▮: April 10, 2025: | $97.88 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/css/summary/print.html?orderID=111-9825346-5308256&ref=ppx_yo2ov_dt_b_fed_invoice_pos

# Defendant Zhijiang Congjuan Trading Co., Ltd. d/b/a MAibuL US

amazon.com

## Final Details for Order #111-5255542-4103430

**Print this page for your records.**

**Order Placed:** April 10, 2025
**Amazon.com order number:** 111-5255542-4103430
**Order Total:** $42.45

---

### Shipped on April 11, 2025

| Items Ordered | Price |
|---|---|
| 1 of: *75ft Expandable Garden Hose Flexible Water Hose with 10 Spray Nozzle Car Wash Hose Flexible Expanding Hose with 10 Pattern Spray Nozzle Extra Hook and Storage Bag*<br>Sold by: MAibuL US (seller profile)<br>Supplied by: Other<br><br>Condition: New | $38.99 |

**Shipping Address:**
Jason Drangel (Epstein Drangel LLP)
60 E 42ND ST STE 1250
NEW YORK, NY 10165-1299
United States

**Shipping Speed:**
Standard Shipping

---

### Payment information

| | | |
|---|---|---|
| **Payment Method:**<br>American Express  ending in ▉▉▉▉ | **Item(s) Subtotal:** | $38.99 |
| | **Shipping & Handling:** | $0.00 |
| | | ----- |
| **Billing address**<br>▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉<br>FAIRFIELD, NJ 07004-1029<br>United States | **Total before tax:** | $38.99 |
| | **Estimated tax to be collected:** | $3.46 |
| | | ----- |
| | **Grand Total:** | **$42.45** |
| **Credit Card transactions** | AmericanExpress ending in ▉▉▉▉: April 11, 2025: | $42.45 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

Back to top