UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                           :

TELEBRANDS CORP.,                                      :

                                        Plaintiff,              :                    25-CV-3646 (JAV)

                                                                           :
                               -v-                                          :                    <u>ORDER</u>
GUANGZHOU ALPACA HOME FURNISHING         :
CO., LTD. d/b/a XIRSSVY US; GUANGZHOU        :
KEDUOQING TECHNOLOGY CO., LTD. d/b/a      :
GOTOCHEER US; JIEYANG BAOPENG               :
TRADING CO., LTD. d/b/a BAOPENG-US; and      :
ZHIJIANG CONGJUAN TRADING CO., LTD.       :
d/b/a MAIBUL US,                                     :
                                                                           :

                                        Defendants.           :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On June 11, 2025, Defendant Guangzhou Keduoqing Technology Co., Ltd. ("KDQ") moved to vacate the authorization for Plaintiff to obtain unilateral expedited discovery, as granted in this Court's Order dated June 5, 2025 ("Preliminary Injunction Order"). ECF No. 59. KDQ requests that all discovery between the parties proceed on a mutual basis in the ordinary course. *Id*. The next day, Plaintiff submitted a reply letter, averring that Plaintiff's counsel has been in communication with KDQ's counsel and agreed to make informal production in the interest of forwarding settlement discussions. ECF No. 60. Moreover, Plaintiff agrees to provide Defendants with any expedited discovery received from a third party within 24 hours of receipt, and Plaintiff is open to beginning mutual formal discovery with all Defendants.

       The Court directs Plaintiff to submit a letter by June 17, 2025, that explains why expedited discovery is still warranted at this time, given that there are no anticipated motions and

a preliminary injunction has already been granted.

    SO ORDERED.

Dated: June 16, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge