Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> GUANGZHOU ALPACA HOME FURNISHING CO., LTD. d/b/a XIRSSVY US; GUANGZHOU KEDUOQING TECHNOLOGY CO., LTD. d/b/a GOTOCHEER US; JIEYANG BAOPENG TRADING CO., LTD. d/b/a BAOPENG-US; and ZHIJIANG CONGJUAN TRADING CO., LTD. d/b/a MAIBUL US, <br><br> *Defendants* | **CIVIL ACTION NO.** <br> **25-cv-3646 (JAV)** |

## CERTIFICATE OF SERVICE

I, Jason M. Drangel, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an partner at the law firm Epstein Drangel LLP, a limited liability partnership located at 6 East 45th Street, 7th Floor, New York, New York 10017. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Plaintiff Telebrands Corp. ("Telebrands") in the above-captioned case.

4. On February 4, 2026, the Court entered an Order setting a default judgment briefing schedule which, *inter alia,* directs the parties to appear for a Show Cause Hearing on March 18, 2026, at 10:30 a.m. ("February 4, 2026 Order"). (Dkt. 119).

5. On February 4, 2026, in accordance with the alternative methods of service authorized by the Preliminary Injunction Order (Dkt. 54), Plaintiff served the February 4, 2026 Order on each and every Defendant.

    I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated:  February 4, 2026　　　　　　　　　　By: /s/ Jason M. Drangel
       New York, New York　　　　　　　　　　Jason M. Drangel (JD 7204)
　　　　　　　　　　　　　　　　　　　　　　jdrangel@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　　EPSTEIN DRANGEL LLP
　　　　　　　　　　　　　　　　　　　　　　6 East 45th Street, 7th Floor

1

New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

2