UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                  :

TELEBRANDS CORP.,                :

                :

         Plaintiff,        :

             :      25-CV-03646 (JAV)

    -v-            :

             :      <u>ORDER</u>

GUANGZHOU ALPACA HOME FURNISHING CO.,  :
LTD. d/b/a XIRSSVY US; et al.,      :

             :

        Defendants.    :

             :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons set forth in the oral opinion delivered at the hearing held on March 18, 2026,

the Court ORDERS the release of the twenty-five thousand U.S. dollar ($25,000.00) security bond

that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP,

6 East 45th Street, 7th Floor, New York, NY 10017.

      SO ORDERED.

Dated: March 18, 2026
      New York, New York                JEANNETTE A. VARGAS
                                  United States District Judge