UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

:

TELEBRANDS CORP.,                                                  :

:

Plaintiff,                        :

:                    25-CV-03646 (JAV)

-v-                                          :

:                           ORDER

GUANGZHOU ALPACA HOME FURNISHING CO.,     :
LTD. d/b/a XIRSSVY US; et al.,                                     :

:

Defendants.                       :

:

-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons set forth in the oral opinion delivered at the hearing held on March 18, 2026, the Court GRANTS Plaintiff's Motion for Default Judgment, ECF No. 114, to the extent it seeks a finding a liability for patent infringement under 35 U.S.C. § 271(a) against Defendants Guangzhou Alpaca Home Furnishing Co., Ltd. d/b/a Xirssvy us; Guangzhou Keduoqing Technology Co., Ltd. d/b/a Gotocheer us; Jieyang Baopeng Trading Co., Ltd. d/b/a Baopeng-US; and Zhijiang Congjuan Trading Co., Ltd. d/b/a MAibuL US (collectively, "Defaulting Defendants").

The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Defaulting Defendants as to the first cause of action in the Complaint, ECF No. 28.  The Clerk of Court is further directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: April 9, 2026
        New York, New York                    _____
                                                JEANNETTE A. VARGAS
                                                United States District Judge