**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TELEBRANDS CORP,

                    Plaintiff,

                                                                          25 **CIVIL** 3646 (JAV)

            -against-                                          **DEFAULT JUDGMENT**

GUANGZHOU ALPACA HOME FURNISHING
CO., LTD. d/b/a XIRSSVY US; et al.,

                    Defendants.
-----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Order dated April 9, 2026, Plaintiff's motion for a default judgment is GRANTED;

accordingly, judgment is entered in favor of Plaintiff and against the Defaulting Defendants as to

the first cause of action in the Complaint and the case is closed.

**DATED**: New York, New York
            April 10, 2026

                                                    **TAMMI M. HELLWIG**
                                        _____
                                                    **Clerk of Court**


                                        BY: _Nazam Dulal_
                                                    **Deputy Clerk**